STATE of Missouri, Respondent,

v.

Tinisha WILLIAMS, Appellant.

No. 74380.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 23, 1999.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kevin F. Hennessey, Asst. Atty. Gen., Jefferson City, for respondent.

Before: MARY K. HOFF, P.J., GARY M. GAERTNER, J., and RHODES RUSSELL, J.

### ORDER

PER CURIAM.

Defendant Tinisha Williams appeals from the judgment entered following her jury conviction for first degree robbery in violation of section 569.020, RSMo 1994. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

■

Joseph MAYES, Appellant,

v.

STATE of Missouri, Respondent.

No. 74523.

Missouri Court of Appeals,
Eastern District,
Divison Three.

Feb. 23, 1999.

Mark A. Grothoff, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, and LAWRENCE E. MOONEY, JJ.

### ORDER

PER CURIAM.

Joseph Mayes files this appeal challenging the denial of his Rule 29.15 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).